UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K. R. JONES,

       Petitioner,

v.                               **ORDER**
                                Civil File No. 12-623 (MJD/AJB)

WARDEN JETT, Federal Medical
Center, Rochester, Minnesota,

       Respondent.

K. R. Jones, pro se.

Erika R. Mozangue and Gregory G. Brooker, Assistant United States Attorneys, Counsel for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated March 22, 2012. Petitioner K. R. Jones filed objections to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of Chief United States Magistrate Judge Boylan dated March 22, 2012.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated March 22, 2012 [Docket No. 4].

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of North Carolina.


Dated: May 10, 2012          s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court