IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-HC-2123-FL

| | |
|---|---|
| K.R. JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WARDEN JETT, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter comes before the court on petitioner's motion "to be allowed to request copies" (DE # 3), in which he requests the ability to request a copy of the court's docket sheet or any missing documents when necessary. The documents petitioner discusses are within the custody of the Clerk of Court's office. Thus, should petitioner need copies, he must make his requests directly to the clerk's office along with payment, at the rate of fifty cents (.50¢) per page, for copies of any documents he requests. See 28 U.S.C. § 1914 n.4 (District Court Miscellaneous Fee Schedule). Based on the foregoing, his motion (DE # 3) is DENIED as moot.

SO ORDERED, this the 16th day of October, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge